UNITED STATES DISTRICT COURT SOUTHERN DISTRICT NEW YORK FAGER & ASSOCIATES
ATTORNEYS AT LAW, PLLC

MICHELE BAKER

                                   Plaintiff(s)

- against -

Index # 17 CV 3220 DAB

Purchased May 2, 2017

SOUTHERN WELLCARE MEDICAL, P.C., ETAL

                                   Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANGEL GUTIERREZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 17, 2017 at 10:53 AM at

C/O SOUTHERN WELLCARE MEDICAL, P.C.
2336 GRAND CONCOURSE
BRONX, NY 10458

deponent served the within SUMMONS AND COMPLAINT on PAMELA ROSS therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to MELISSA "V". a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 34 | 5'4 | 160 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O SOUTHERN WELLCARE MEDICAL, P.C.
2336 GRAND CONCOURSE
BRONX, NY 10458

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 19, 2017 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: May 19, 2017

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | ANGEL GUTIERREZ |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1152171 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 672027 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

PHILLIPS & ASSOCIATES
ATTORNEYS AT LAW, PLLC

MICHELE BAKER

                              Plaintiff(s)

Index # 17 CV 3220 DAB

- against -

Purchased May 2, 2017

SOUTHERN WELLCARE MEDICAL, P.C., ETAL

                              Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANGEL GUTIERREZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 17, 2017 at 10:53 AM at

C/O SOUTHERN WELLCARE MEDICAL, P.C.
2336 GRAND CONCOURSE
BRONX, NY 10458

deponent served the within SUMMONS AND COMPLAINT on DMITRIY MILOSLAVISKIY therein named,

**SUITABLE AGE**     by delivering thereat a true copy of each to MELISSA "V". a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 34 | 5'4 | 160 |

**MAILING**     Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O SOUTHERN WELLCARE MEDICAL, P.C.
2336 GRAND CONCOURSE
BRONX, NY 10458

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 19, 2017 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**     Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: May 19, 2017

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | ANGEL GUTIERREZ |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1152171 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 672027 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

BAKER & ASSOCIATES
ATTORNEYS AT LAW, PLLC

MICHELE BAKER

        Plaintiff(s)

Index # 17 CV 3220 DAB

- against -

Purchased May 2, 2017

SOUTHERN WELLCARE MEDICAL, P.C., ETAL

        Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANGEL GUTIERREZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 17, 2017 at 10:53 AM at

2336 GRAND CONCOURSE
BRONX, NY 10458

deponent served the within SUMMONS AND COMPLAINT on SOUTHERN WELLCARE MEDICAL, P.C. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MELISSA "V". personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 34 | 5'4 | 160 |

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: May 19, 2017

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

ANGEL GUTIERREZ
License #: 1152171
Invoice #: 672027

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045