**PHILLIPS & ASSOCIATES**

ATTORNEYS AT LAW

45 BROADWAY SUITE 620, NEW YORK, NY 10006
TEL: 212-248-7431   FAX: 212-901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

October 31, 2017

**BY ECF**
Honorable Deborah A. Batts
*United States District Court Judge*
United States District Courthouse
Southern District Of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Baker v. Southern Wellcare Medical, P.C. et al*
        Docket No. 17-CV-03220 (DAB)

Dear Judge Batts:

This office represents Plaintiff, Ms. Michelle Baker in this action.

We write Your Honor with regard to the Court's Order, dated 10/31/2017 wherein the Court set the date for the initial conference in this matter to take place on 11/30/2017 at 11:30 a.m. Specifically, we write the Court to respectfully request an adjournment of that initial conference as both of Plaintiff's Counsels will be engaged in SDNY mandatory mediation on that date in the matter of Vargas v. Cafe 55 et. al. (Docket no.: 17-cv-04280 (VSB). This mediation is not taking place on-site at the SDNY Courthouse.

We conferred with Counsel for Defendants, Mr. Kadochnikov, who consented to this request. With regard to rescheduling the initial conference, Mr. Kadochnikov indicates that he would be available to attend the conference (should the Court reschedule) on any date after 11/30 other than December 4, 5 and 6 because he will be engaged in another matter on those dates. As for this office, we will make ourselves available on any other date provided by the Court.

There have been no previous requests for the relief requested herein.

I thank Your Honor for your kind consideration. Kindly contact the Parties should you have any questions.

Respectfully Submitted

Gregory Calliste, Jr.

Cc: Alexander Kadochnikov (by ECF and email)