UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 1: 17 -cv-03220-DAB

MICHELE BAKER,

              Plaintiff,                        **NOTICE OF APPEARANCE**

   -against-

SOUTHERN WELLCARE MEDICAL, P.C.,
BLUE MEDICAL SERVICES, P.C.,
PAMELA ROSS, *Individually*, and
DMITIRIY MILOSLAVSKIY, *Individual/y*,

              Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

To the clerk of this court and all parties of record:

I certify that I am admitted to practice in this court, and I hereby enter my appearance as counsel of record for the defendants SOUTHERN WELLCARE MEDICAL, P.C., BLUE MEDICAL SERVICES, P.C., PAMELA ROSS, *Individually*, and DMITIRIY MILOSLAVSKIY, *Individual/y*,

Dated: New York, New York
       November 26, 2018

                                           _____
                                           SOL KODSI, ESQ.
                                           Attorney for Defendants
                                           111 John Street, Suite 800
                                            New York, New York 10038
                                           (212) 240-9704